IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEANNA K. ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:18-CV-1347-D |
| VS. | § | |
| | § | |
| ENHANCED RECOVERY COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

# JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action is dismissed with prejudice.

Defendant's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas June 6, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE