# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| DEANNA K. ORTIZ | ) |
| v. | ) Case No.: 3:18-CV-01347-D |
| ENHANCED RECOVERY COMPANY, LLC | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __June 6, 2019__ against __Deanna K. Ortiz__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 685.15 |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| **TOTAL** | **$ 685.15** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Richard D. Rivera

Name of Attorney: Richard D. Rivera

For:   Enhanced Recovery Company     Date: June 19, 2019
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Scott Gallagher<br>Smith Gambrell Russell LLP<br>50 N Laura St.<br>Suite 2600<br>Jacksonville, FL, 32202-3629 | Invoice #: | FLA3630898 |
|---|---|---|---|
| | | Invoice Date: | 1/25/2019 |
| | | Balance Due: | $250.00 |

| Case: | Ortiz, Deanna v. Enhanced Recovery Company, LLC |
|---|---|
| Job #: | 3205880 | Job Date: 1/24/2019 | Delivery: Normal |
| Billing Atty: | Scott Gallagher |
| Location: | Veritext - Ft. Worth, TX<br>300 Throckmorton | Suite 1600<br>Ft. Worth, TX 76102 |
| Sched Atty: | Scott Gallagher | Smith Gambrell Russell LLP |

| Witness | Description | Amount |
|---|---|---|
| Deanna Ortiz | Cancellation Fee | $250.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $250.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $250.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

17469

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA3630898 |
|---|---|
| Job #: | 3205880 |
| Invoice Date: | 1/25/2019 |
| Balance: | $250.00 |

## Arrazola, Alicia

| | |
|---|---|
| **From:** | receivables@crcpayments.com |
| **Sent:** | Wednesday, February 20, 2019 3:52 PM |
| **To:** | Arrazola, Alicia |
| **Subject:** | Court Reporters Clearinghouse, Inc Receipt - Payment ID 807 |
| **FilingDate:** | 2/22/2019 10:07:17 AM |

CAUTION: This email is from an external source. Do not click links or attachments unless it's from a verified sender.

# $742.00 Paid

## Court Reporters Clearinghouse Receipt

This is a receipt for the following 1 invoice totaling $742.00 from 2/20/2019

| | |
|---|---|
| Invoice #148375 2/20/2019 Ortiz vs. Enhanced Recovery Company, LLC | $742.00 |
| **Total** | **$742.00** |

Court Reporters Clearinghouse - 1225 North Loop West, Suite 327, Houston, TX 77008

Questions? Email receivables@crcnational.com

1

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59111 | 2/14/2019 | 29639 |
| Job Date | Case No. | |
| 1/23/2019 | 3:18-cv-01347-D | |
| Case Name | | |
| Deanna K Ortiz v Enhanced Recovery Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Stephen Gallagher
Smith Gambrell & Russell LLP
50 N LAURA ST
JACKSONVILLE FL  32202-3664

| TAKEN DEPOSITION OF: | | | | | |
|---|---|---|---|---|---|
| Enhance Recovery Company | 49.00 | Pages | @ | 3.35 | 164.15 |
| Exhibit | 170.00 | Pages | @ | 0.50 | 85.00 |
| Archive CD/Electronic Delivery/Online Access | 1.00 | | @ | 35.00 | 35.00 |
| Shipping and Handling | 1.00 | | @ | 30.00 | 30.00 |
| | | **TOTAL DUE  >>>** | | | **$314.15** |

Thank you for your business! We now accept all major credit cards.
To make a payment via credit card please call us or fax in a completed CC form.

Invoices are due 30 days from billed date. Should we require a third party collection agency to collect outstanding balance a 15% collection fee will apply.

For questions or disputes please contact us at (646) 862-1465 or email us at info@EcoScribeSolutions.com

**Tax ID:** 27-3455141

*Please detach bottom portion and return with payment.*

Scott Stephen Gallagher
Smith Gambrell & Russell LLP
50 N LAURA ST
JACKSONVILLE FL  32202-3664

| | | |
|---|---|---|
| Invoice No. | : | 59111 |
| Invoice Date | : | 2/14/2019 |
| **Total Due** | : | **$314.15** |

Remit To:  **Eco Scribe, LLC**
34 Shunpike Road
Suite 3-255
Cromwell CT  06416

| | | |
|---|---|---|
| Job No. | : | 29639 |
| BU ID | : | E-Chicago |
| Case No. | : | 3:18-cv-01347-D |
| Case Name | : | Deanna K Ortiz v Enhanced Recovery Company |

5529

SULAIMAN LAW GROUP LTD
MAIN ACCOUNT
2500 S. HIGHLAND AVE., STE. 200
LOMBARD, IL 60148-7103

70-480/819 IL
317

DATE 2/26/19

PAY TO THE ORDER OF: Smith, Gambrell & Russell, LLP       $ 621.00

Six hundred twenty-one 00/100 — DOLLARS

Bank of America
ACH R/T 081904808

FOR Half of fees for Deanna Ortiz v. ERC